UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CANDACE SEARCY,**

   Plaintiff,

v.                                          **No. 4:23-CV-00992-P**

**FORT WORTH ISD,**

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 5, 2023, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 18. Plaintiff captioned her subsequent filing as an objection to the FCR, though the document does not dispute the Magistrate Judge's analysis vis-à-vis Plaintiff's request for leave to proceed *in forma pauperis*. Nevertheless, the Court reviewed the FCR *de novo*. Having done so, the Court **ADOPTS** the Magistrate Judge's reasoning and **DENIES** Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. ECF No. 5. Accordingly, Plaintiff is **ORDERED** to pay the relevant filing and administrative fees of $402.00 to the Clerk of the Court **on or before October 19, 2023**. Failure to comply with this Order may subject Plaintiff's Complaint to dismissal without further notice. *See* FED. R. CIV. P. 41(b).

**SO ORDERED** on this **12th day** of **October 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE